IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **OKSANA KREDENS, et al** | : | **CIVIL ACTION** |
| **Plaintiffs,** | : | |
| v. | : | |
| | : | |
| **HOME DEPOT, USA, INC.** | : | |
| **Defendant.** | : | NO. 13-3501 |

**O R D E R**

**AND NOW, TO WIT:** this 13th day of January, 2014, it having been reported that the issues among the parties in the above action have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court , it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.

**MICHAEL E. KUNZ**, Clerk of Court

S/Rose A. Barber
Rose A. Barber
Deputy Clerk to
Judge Gene E.K. Pratter

Copies forwarded by ECF to:
Henry Yampolsky
Kenneth M. Dubrow